UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ELIZABETH HODGE,
and others similarly situated,

    Plaintiffs,

v.                               Case No. 17-00065

ALLPRO STAFFNET, LLC,

    Defendant.
_____/

**ORDER OF DISMISSAL**

Upon notification and agreement by all parties (Dkt. # 16),

IT IS ORDERED that the above-captioned matter is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

                              s/Robert H. Cleland
                              ROBERT H. CLELAND
                              UNITED STATES DISTRICT JUDGE

Dated: June 30, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 30, 2017, by electronic and/or ordinary mail.

                              s/Lisa Wagner
                              Case Manager and Deputy Clerk
                              (810) 292-6522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\17-00065.HODGE.MDTenn.Dismissal.chd.wpd

Case 3:17-cv-00065   Document 17   Filed 06/30/17   Page 1 of 1 PageID #: 165